DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT GIBSON,** Successor in Interest to Joseph P. Karam, Jr.,
Appellant,

v.

**LORIE FISCHER,**
Appellee.

No. 4D18-1253

[March 14, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald Hafele, Judge; L.T. Case No. 502017CA003383XXXMB.

Robert Gibson, West Palm Beach, pro se.

Lorie Fischer, Boynton Beach, pro se.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***